MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME SCOTT | CIVIL ACTION |
| VERSUS | NO. 19-12736 |
| CROSBY ENERGY SERVICES ET AL. | M.J. WILKINSON |

## SCHEDULING ORDER

A preliminary conference was conducted in this case on this date, following a hearing on plaintiff's motion to appoint counsel. Participating in person were Kenneth Bordes, counsel for plaintiff; and Kellen Matthews, Allison Fish and Stanwood Duval, counsel for defendants.

During the conference, counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written form of consent was circulated among the parties. The order of reference was signed by the district judge. Record Doc. No. 25.

Pleadings have been completed. Jurisdiction and venue are established. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been waived.

MJSTAR: **0:20**

The submission date for defendants' three pending motions to dismiss, Record Doc. Nos. 10, 11, 20, is hereby **CONTINUED** to **FEBRUARY 12, 2020.** Plaintiff must file any opposition memoranda no later than **FEBRUARY 4, 2020.**

All pretrial motions, including motions in limine regarding the admissibility of expert testimony, must be filed and served in sufficient time to permit notice of submission no later than **SEPTEMBER 30, 2020**. Any motions filed in violation of this order are deemed waived unless good cause is shown. All other motions in limine may be filed up to the time of trial or as otherwise ordered by the court.

Counsel must complete all disclosure of information as follows:

Depositions for trial use must be taken and all discovery must be completed no later than **SEPTEMBER 8, 2020**.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims must be filed no later than **JANUARY 3, 2020**.

Counsel adding new parties subsequent to mailing of this Notice must serve on each new party a copy of this order. Responsive pleadings, when required, must be filed within the applicable delays.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff must be obtained and delivered to counsel for defendants as soon as possible, but in no event later than **JULY 10, 2020**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendants must be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **AUGUST 10, 2020**.

Counsel for the parties must file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **AUGUST 10, 2020**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed. Counsel are directed to contact my office if and when the parties are ready to schedule a settlement conference.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or Local Rules of this court are established.

**The Final Pretrial Conference will be held on OCTOBER 8, 2020, at 11:00 a.m., before the Magistrate Judge**. Counsel must be prepared in accordance with the final Pretrial Notice attached.

**Trial commences on OCTOBER 26, 2020, at 8:30 a.m., before the Magistrate Judge with a jury**. Counsel must report for trial no later than 30 minutes before this time.

The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. **Trial is estimated to last four (4) days**.

Deadlines, cut-off dates, or other limits in this order may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE