**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEROME SCOTT,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CROSBY ENERGY SERVICES, ET AL.,**<br>**Defendant.** | **CASE NO. 2:19-cv-12736**<br><br>**MAG. JUDGE DONNA PHILLIPS**<br>**CURRAULT** |

**JOINT MOTION FOR SANCTIONS,**
**EXPEDITED STATUS CONFERENCE, AND CONTINUANCE OF DISPOSITIVE**
**MOTION AND TRIAL DEADLINES**

Defendants Wood Group PSN, Inc. ("Wood") and Crosby Energy Services ("Crosby") (collectively referenced herein as "Defendants") respectfully move this Court to sanction Plaintiff Jerome Scott ("Plaintiff") for his refusal to comply with the Court's May 24, 2021 Order compelling him to appear for his deposition. Plaintiff should be ordered to attend his deposition or have his claims against Defendants dismissed with prejudice, and should be assessed fees and costs incurred by Defendants. In addition, Defendants request an expedited status conference with the Court to address (i) Plaintiff's refusal to appear for deposition or otherwise proceed with his case; (ii) Plaintiff's procedurally and substantively improper Motion for Preliminary Injunction, and (iii) the prospect of relaxing the current June 4, 2021 dispositive motion deadline and trial deadlines due to Plaintiff's dilatory and obstructionist tactics.

For the reasons fully delineated in the accompanying memorandum, this motion should be granted.

1

Respectfully submitted this 1st day of June, 2019.

**THE KULLMAN FIRM, PLC**

*/s/ Allison A. Fish*
Rachel E. Linzy (LSBA 29317)
Allison A. Fish (LSBA 36456)
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
rel@kullmanlaw.com
aaf@kullmanlaw.com

*COUNSEL FOR WOOD GROUP PSN, INC.*

AND

**ADAMS AND REESE LLP**

*/s/ Kellen J. Mathews*
Kellen J. Mathews (#31860)
Taylor M. LeDuff (#39253)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 336-5200
Facsimile: (225) 336-5220
E-mail: kellen.mathews@arlaw.com
        taylor.leduff@arlaw.com

*COUNSEL FOR CROSBY ENERGY SERVICES*

2

## CERTIFICATE OF SERVICE

I certify that on the 1st day of June 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  Additionally, I certify that on this date, I have sent a copy of the foregoing via certified mail to the following:

Jerome Scott
409 Arlington Ave.
Houma, LA 70363

*Allison A. Fish*
Allison A. Fish

3